FILED
CLERK, U.S. DISTRICT COURT

DEC 2 3 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: EDCR 16-95 JGB-1 |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING |
| vs. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Manuel R. Perez | |
| Defendant. | |

    The defendant having been arrested pursuant to a warrant issued by the United States District Court for the Central District of California, for alleged violation(s) of the terms and conditions of his/her supervised release; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.    (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on SEE PSA REPORT.

_____

_____

1  _____

2  _____

3  and/or

4  B.  (X) The defendant has not met his/her burden of establishing by clear and

5  convincing evidence that he/she is not likely to pose a danger to the safety of any

6  other person or the community if released under 18 U.S.C. § 3142(b) or (c). This

7  finding is based on SEE PSA REPORT.

8

9      IT THEREFORE IS ORDERED that the defendant be detained pending further

10 revocation proceedings.

11

12

13 DATED: December 23, 2016      _____

14                                FREDERICK F. MUMM
                                 UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28